## Case No. 15,901a.

### UNITED STATES v. The NUESTRA SEQUORA.

[Nowhere reported; opinion not now accessible.]